# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PFF BANCORP., *et al.*,[1] | Case No. 08-13127 (KJC) |
| | Jointly Administered |
| Debtors. | |
| | Hearing Date: January 29, 2009 @ 1:30 p.m. |
| | Objection Deadline: January 22, 2009 @ 4 p.m. |

## APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PFF BANCORP, INC., *ET AL*. FOR AN ORDER AUTHORIZING THE COMMITTEE TO RETAIN AND EMPLOY BLANK ROME LLP AS ITS COUNSEL PURSUANT TO 11 U.S.C. §§ 328 AND 1103 AND FED. R. BANKR. P 2014 *NUNC PRO TUNC* AS OF DECEMBER 19, 2008

The Official Committee of Unsecured Creditors (the "Committee") of PFF Bancorp, Inc., *et al.* hereby files this application (the "Application") for entry of an Order, pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014, authorizing the retention and employment of Blank Rome LLP ("Blank Rome") as counsel for the Committee *nunc pro tunc* as of December 19, 2008. In support of the Application, the Committee relies upon the Verified Statement of Regina Stango Kelbon (the "Verified Statement") attached hereto as Exhibit A and incorporated herein by reference, and respectfully represents as follows:

### JURISDICTION

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of these chapter 11 cases in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief sought herein are 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number are: PFF Bancorp, Inc. (1623), Glencrest Investment Advisors, Inc. (1405), Diversified Builder Services, Inc. (4416), PFF Real Estate Services, Inc. (0728), and Glencrest Insurance Services, Inc. (3118).

## BACKGROUND

3. On December 5, 2008 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors continue in the management and operation of their businesses and property as debtors in possession. No trustee or examiner has been appointed in these cases.

4. On December 17, 2008, the Office of the United States Trustee appointed the following members to the Committee: (i) Developers Surety & Indemnity, (ii) FBOP Corporation, and (iii) Wilmington Trust Company.

5. On December 19, 2008, the Committee selected Blank Rome as its counsel.

## RELIEF REQUESTED

6. Through this Application, the Committee seeks authority to retain and employ Blank Rome as its counsel effective as of December 19, 2008.

### Blank Rome is Well Qualified to Represent the Committee

7. With offices in New York, Pennsylvania, Delaware, and other locations, Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings. The Committee seeks the employment of Blank Rome to represent it and perform services for the Committee in connection with carrying out its fiduciary duties and responsibilities under the Bankruptcy Code consistent with section 1103(c) and other provisions of the Bankruptcy Code.

8. Attorneys at Blank Rome have broad-based experience and a national reputation in bankruptcy and reorganization proceedings. Through Blank Rome, the Committee will have the benefit of such knowledge and experience, as well as the ability to call upon other attorneys within Blank Rome with expertise in other specialized areas of law as may be needed.

9. Subject to the approval of this Court, Blank Rome will charge the Committee for its legal services on an hourly basis in accordance with its ordinary and customary rates, which are in effect on the date the services are rendered, subject to periodic adjustment. The Committee has been advised by Blank Rome that the current hourly rates, which will be charged in respect of the primary members of the Blank Rome engagement team for the Committee, are as follows:

| | |
|---|---|
| Regina Stango Kelbon | $580.00 per hour |
| Jason W. Staib | $455.00 per hour |
| Elizabeth Sloan | $265.00 per hour |
| Victoria Guilfoyle | $245.00 per hour |

From time to time, other Blank Rome attorneys may be involved in these cases as needed. Hourly rates of partners and counsel likely to assist in this case range from $425.00 to $700.00 per hour, associates' rates range from $245.00 to $485.00 per hour, and paralegals' rates range from $105.00 to $280.00 per hour, subject to periodic adjustment.

10. In addition to the hourly rates previously referenced, Blank Rome customarily charges clients for actual and necessary costs of support services the firm provides in connection with a representation, including, without limitation, court reporters, transcripts, computerized research, filing fees, photocopying charges, long distance telephone calls, facsimile transmissions, messengers, courier mail, secretarial overtime, temporary services, travel, lodging, and catering for meetings. Some of these services are provided by Blank Rome, in which case

the charges are set by Blank Rome, and others are provided by third party service providers, in which case the charges are set by the providers. Blank Rome will charge the cost of these expenses in a manner and at rates consistent with charges generally made to the firm's other clients. All such charges for which Blank Rome seeks payment are subject to Court approval and/or pursuant to any administrative procedures established by Order of the Court.

11. The Committee has been advised that Blank Rome will use every effort to staff the engagement in a cost-effective manner, including utilizing the firm's paralegal assistants to handle those aspects of these cases that can best be managed by a paralegal.

## Blank Rome Is a "Disinterested Person"

12. Based on the Verified Statement, the Committee believes that Blank Rome does not hold any interest adverse to the Debtors' estates and, while employed by the Committee, will not represent any person having an adverse interest in connection with these cases. Further, based upon the Verified Statement, the Committee believes that Blank Rome is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code.

13. The Committee believes that the employment of Blank Rome is necessary and in the best interests of the estate, enabling the Committee to carry out its fiduciary duties owed to creditors under the Bankruptcy Code.

WHEREFORE, the Committee respectfully requests that the Court enter an Order, substantially in the form attached hereto, authorizing the retention and employment of Blank Rome as counsel to the Committee effective as of December 19, 2008, pursuant to sections 328 and 1103 of the Bankruptcy Code, as well as Fed. R. Bankr. P. 2014, with compensation and reimbursement of expenses to be paid pursuant to sections 330 and 331 of the Bankruptcy Code,

and in accordance with applicable administrative procedures established by Order of this Court, if any, and for such other and further relief as the Court deems just and proper.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF PFF BANCORP, INC., ET AL.

Dated: Jan. 2, 2009     By: *Edward C. Fitzpatrick*

Authorized Representative
On behalf of
Committee Chairperson