## IN UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PFF Bancorp, Inc., *et al.*[1], | : | Case Nos. 08-13127 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**AFFIDAVIT OF CLIFFORD A. ZUCKER PURSUANT TO
BANKRUPTCY RULE 2014 AND LOCAL RULE 2014-1(A) IN SUPPORT OF APPLICATION
FOR AN ORDER AUTHORIZING THE RETENTION OF J.H. COHN LLP AS FINANCIAL
ADVISORS AND FORENSIC ACCOUNTANTS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS *NUNC PRO TUNC* TO DECEMBER 22, 2008**

STATE OF NEW JERSEY   )
                      ) ss:
COUNTY OF MIDDLESEX   )

I, Clifford A. Zucker, being duly sworn, depose and say:

1. I am a Certified Public Accountant, licensed under the laws of the State of New Jersey, and a member of the accounting and consulting firm of J.H. Cohn LLP ("JHC" or the "Firm"), maintaining offices at 333 Thornall Street, Edison, New Jersey 08837.

2. This Affidavit is submitted in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors") for entry of an Order authorizing and approving the employment and retention of JHC as forensic accountants and financial advisors to the Committee, *nunc pro tunc* to December 22, 2008.

---

[1] The Debtors are the following 5 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PFF Bancorp, Inc. a Delaware corporation (1623), Glencrest Investment Advisors, Inc., a Delaware corporation (1405), Diversified Builder Services, Inc., a California corporation (4416), PFF Real Estate Services, Inc., a California corporation (0728) and Glencrest Insurance Services, Inc., a California corporation (3118). The address of each of the Debtors is 9377 Milliken Avenue, Rancho Cucamonga, California 91730.

3. Insofar as I have been able to ascertain through diligent inquiry, except as set forth below, neither I, JHC, nor any partner or professional employee of JHC have any connection with the Debtors, their creditors, any other party-in-interest, their current attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, nor do we hold or represent any entity having an adverse interest in connection with the Debtors' Chapter 11 cases, except as follows:

   a. JHC performs financial advisory services to Committees in unrelated matters, on which Wilmington Trust is a creditor or member. Wilmington Trust is a creditor and committee member in the PFF cases.

   b) JHC has previously performed forensic accounting services for KPMG, LLP in a matter totally unrelated to these Chapter 11 cases. KPMG is a creditor of the Debtors. These services did not relate in any way to the Debtors or their estates in these cases.

   c) JHC has performed tax services for Siemens First Capital Commercial Finance LLC. This entity may be a related entity to Siemens, which is listed as a creditor of the Debtors. These services did not relate in any way to the Debtors or their estates in these cases. Revenues for services performed for this client were less than 1% of JHC's total revenues for 2008.

   d) JHC has performed an employee benefits audit for Broadridge Financial Solutions. This entity may be a related entity to Broadridge, which is listed as a creditor of the Debtors. These services did not relate in any way to the Debtors or their estates in these cases. Revenues for services performed for this client were less than 1% of JHC's total revenues for 2008.

4. JHC has no relationship with attorneys and accountants representing creditors and other parties in interest, other than normal professional relationships.

5. JHC has in the past worked with, continues to work with, and has mutual clients with certain law firms who may represent parties-in-interest in the case. None of these engagements or relationships relate to these cases.

6. JHC has no relationship with the United States Trustee for this District or with any person employed in the office of the United States Trustee.

7. Because of the size and diversity of JHC's practice, JHC may have in the past performed professional services for, and may in the future provide services for entities that are claimants or interest holders of the Debtors in matters wholly unrelated to the Debtors' pending bankruptcy cases.

8. I hereby represent that no conflict of interest exists relating to JHC's role as financial advisor and forensic accountants in this case. I shall amend this statement upon learning that any of the representations contained herein are incorrect or if there are any changes of circumstance relating to said representations.

9. Therefore, JHC is a "disinterested" person within the meaning of 11 U.S.C. §101(14). It has no business, professional or other connection with the Debtors herein or with their attorneys, and does not represent, nor will it represent, any interest adverse to the estates in the matters in which it is to be engaged.

10. The Firm has been asked to act as financial advisors and forensic accountants to the Committee, which services consist of those detailed in the Application.

11. JHC will be rendering services on an hourly basis. The customary hourly rates for the partners and professionals most likely to render services in this matter are:

| | |
|---|---|
| Senior Partner/Partners | $570 - 650/hr. |
| Director/Senior Manager | $440 - 500/hr. |
| Other Professional Staff | $230 - 425/hr. |
| Paraprofessional | $145 - 155/hr. |

In the normal course of business, the Firm revises its hourly rates on February 1 of each year. Expenses for actual costs incurred (including copying, telephone, travel, faxes, etc.) will be charged in accordance with the applicable Rules and Guidelines of this Court.

12. I am aware that the services rendered by JHC will be compensated only as authorized by further order of this Court following the making of a proper application therefor.

13. No agreement exists, nor will any be made, to share any compensation received by JHC for the services it renders to the Committee with any other person or firm (except members of the Firm).

I hereby certify that the foregoing factual statements made by me are true under penalty of perjury.

Dated: December 24, 2008

_____
CLIFFORD A. ZUCKER

Sworn to before me this 24 day
of December, 2008

_____
A Notary Public of New Jersey
My commission expires August 2, 2011

LINDA S. BERENYI,
NOTARY PUBLIC, State of New Jersey
My Commission Expires 8-2-11
ID # 2277668

-4-